# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-415-FDW-DCK

| | |
|---|---|
| **JEANNE MOTON HESPRICH,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **BARD PERIPHERAL VASCULAR, INC.** and **C.R. BARD, INC.,** | ) |
| **Defendants**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Whitney Butcher, concerning Stuart L. Goldenberg, on September 25, 2020. Stuart L. Goldenberg seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Stuart L. Goldenberg is hereby admitted *pro hac vice* to represent Plaintiff.

Signed: September 25, 2020

David C. Keesler
United States Magistrate Judge