# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-415-FDW-DCK

| | |
|---|---|
| **JEANNE MOTON HESPRICH,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **C.R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,** | ) |
| **Defendants**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) filed by Paul J. Osowski, concerning Dell P. Chappell, on April 15, 2021. Dell P. Chappell seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) is **GRANTED**. Dell P. Chappell is hereby admitted *pro hac vice* to represent Defendants.

Signed: April 15, 2021

David C. Keesler
United States Magistrate Judge